# UNITED STATES DISTRICT COURT
## for the
Eastern District of Washington

BILLY EDWARD TOYCEN,

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   1:16-CV-03189-SMJ |
| CITY OF YAKIMA, MUNICIPAL COURT, YAKIMA ) | |
| POLICE DEPARTMENT, UNITED STATES OF ) | |
| AMERICA, YAKIMA COUNTY and WASHINGTON ) | |
| STATE, | |
| _____ | |
| *Defendant* | |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Complaint is DISMISSED with prejudice pursuant to 28 U.S.C. 1915A(b)(1),(2) AND 1915(e)(2).

This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Salvador Mendoza, Jr. _____ .

Date:  6/19/2017 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____
*(By) Deputy Clerk*

Lennie Rasmussen
_____